UNITED STATES of America, Plaintiff–Appellee

v.

**Odilon Perez GARCIA, also known as Odilon Perez–Garcia, also known as Odilon Garcia Perez, Defendant–Appellant.**

No. 13–20284
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 16, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Odilon Perez Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Perez Garcia filed a letter requesting more time to file a response to the *Anders* brief, and he was given more time. However, he never filed a supplemental brief. We have reviewed counsel's brief, the relevant portions of the record reflected therein, and the points raised in Perez Garcia's initial letter. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.